Sabine Augustin
751 NE 180th St
Miami, Fl 33162
(305)331-7261/sabineaugustin@hotmail.com

JUL 12 2019

July 9th, 2019

Honorable Judge Robert A Mark
Judge of Bankruptcy
301 N Miami Ave Miami, Fl 33128

Dear Judge Mark,

    I am Sabine AUGUSTIN, I am a licensed practitioner nurse in the state of Florida. I'm writing this letter to see if you can take my case into consideration. My late husband Arnex Augustin, who passed last year on the 28th of February was discharged of bankruptcy about two months ago. After his passing, I, Sabine took the responsibility to continue making those payments monthly. I recently received two checks from the trustee office addressed to my late husband Arnex Augustin. When I received those checks I called the trustees office to inform them on the passing of my husband. I was instructed to return those checks and was also told that I had 3 other payments in their possession. The reason I'm writing you this letter is because with advice I was told to contact you in helping me retrieve these checks that are in my husbands name. I would basically need a court order stating that I, Sabine Augustin can get my late husbands' check and the three overpayments but into my name because I unknowingly continued making payments after the bankruptcy was discharged.

Respectfully,

*Sabine Augustin*

Sabine Augustin