

**ORDERED in the Southern District of Florida on July 15, 2019.**

**Robert A. Mark, Judge**
**United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| In re: | CASE NO. 14-20633-RAM |
| | CHAPTER 13 |
| ARNEX AUGUSTIN, | |
| Debtor. | |

**ORDER SETTING HEARING**
**ON DEBTOR'S WIFE'S CLAIM TO REFUNDS**

The Court received a letter dated July 9, 2019, from the deceased Debtor's widow, Sabine Augustin, that has been docketed as a Motion for Court Order to Retrieve Checks (the "Motion") [DE# 101]. Apparently, the Trustee received overpayments and the widow seeks an Order authorizing her to receive the overpayments as the Debtor's surviving spouse. It is –

**ORDERED** as follows:

1. The Court will conduct a hearing on the Motion on **July 30, 2019** at **10:00 a.m.**, at U.S. Bankruptcy Court, C. Clyde Atkins United States Courthouse, 301 North Miami Avenue, Courtroom 4, Miami, FL 33128.

2. Ms. Augustin must attend the hearing, however, Ms. Augustin is permitted to attend the hearing by telephone, for her convenience, by contacting the Court's Calendar Clerk, Jackie Antillon, at (305) 714-1766, and providing her with a telephone number at which she can be reached at the time of the hearing.

###

COPIES TO:

Nancy Neidich, Trustee

**CLERK TO SERVE:**

Sabine Augustin
751 NE 180th Street
Miami, FL  33162